

**ORDERED in the Southern District of Florida on March 17, 2016.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:                                          CASE NO.14-33369-BKC-RAM
RAFAEL C. ROMERO,
        DEBTOR(S).
_____/

**ORDER DENYING DEBTOR'S MOTION TO MODIFY PLAN (ECF #32)**

THIS CASE came on to be heard on March 8, 2016, for the Debtor's Motion to Modify Plan (ECF #32), and based on the record, it is
    ORDERED as follows:
    1.  The Debtor's Motion (ECF #32) is denied without prejudice as the 2014 tax returns and a new modified plan was not filed within the seven day deadline.

###

PREPARED BY:
NANCY K. NEIDICH, ESQUIRE, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027-9806

ROBERT SANCHEZ, ESQUIRE is directed to mail a conformed copy of this Order to all creditors and interested parties, immediately upon receipt thereof.