UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:
Rafael C Romero,                                    Case No. 14-33369-RAM
    Debtor.                                         Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, Rafael C Romero, by and through his undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On October 21, 2014 the instant case was filed.

2. On January 20, 2015 debtor's first amended chapter 13 plan was confirmed.

3. In the confirmed plan, the Debtor was curing and maintaining secured creditor Nationstar Mortgage, LLC on his homestead property by paying arrearages of $14,481.57.

4. On December 10, 2015 the Trustee issued a Motion to Dismiss Case for failure to fully pay the creditor's proof of claim of $31,651.26.

5. The Debtor desires to Modify his plan in order to provide full payment to the secured creditor.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's THIRD Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional

qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf and U.S. Mail this 24th day of March 2016:  to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Streer
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez_____
       Robert Sanchez, Esq., FBN#0442161